Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juan Lopez,

        Petitioner,

    v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00281-JAD-EJY

**Stipulation to Extend Time to File Amended Petition (First Request)**

Petitioner Juan Loepz and Respondents, Pamela Bondi, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to March 3, 2026.

This extension is warranted because counsel for Mr. Lopez, Assistant Federal Public Defender Randolph M. Fiedler, has not been able to meet with him since being appointed to his case. Mr. Lopez and Mr. Fiedler are scheduled to have a video visit tomorrow, February 24, 2026.

Currently, the amended petition is due on February 24, 2026. This is the first stipulation for an extension of time for the amended petition.

On February 23, 2026, Mr. Fiedler conferred with counsel for Respondents, Assistant United States Attorney Virginia Tomova. Ms. Tomova agreed to this seven-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Lopez to file an amended petition to March 3, 2026.

Respectfully submitted this 24th day of February, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH, First Assistant<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Virginia T. Tomova*<br>Virginia T. Tomova<br>Assistant United States Attorney | /s/ *Randolph Fielder*<br>Randolph Fiedler<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
UNITED STATE DISTRICT JUDGE

DATED: _____2/25/2026_____

2